| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 01/04/2022 |

MICHAEL MCCONAUGHEY,

                    Plaintiff,

           v.

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                    Defendant.

No. 21-CV-6137 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On November 12, 2021, the Court rescheduled the initial status conference in this case for January 28, 2022 at 9:30 a.m. By no later than January 25, 2022, the parties shall submit the joint letter described in the Court's Order of October 5, 2021.

SO ORDERED.

Dated:    January 4, 2022
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge