UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MCCONAUGHEY,<br><br>                      Plaintiff,<br>       v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY,<br><br>                      Defendant. | No. 21-CV-6137 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      For the reasons discussed during the June 9, 2023 conference, the Court will grant one final extension to complete fact discovery until July 5, 2023. The Court will conduct a telephonic post-fact discovery conference on July 12, 2023 at 3:30 p.m. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion.

SO ORDERED.

Dated:    June 13, 2023
             New York, New York

                                                        Ronnie Abrams
                                                        United States District Judge