UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL MCCONAUGHEY,

                Plaintiff,

v.

PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendant.

No. 21-CV-6137 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      As directed during the July 12, 2023 conference, no later than August 14, 2023, the parties shall submit a joint letter updating the Court on the status of Plaintiff's authorizations for his medical records and whether the parties intend to retain experts. To the extent the parties are prepared to propose a summary judgment briefing schedule, they shall do so in the same letter.

SO ORDERED.

Dated:    June 13, 2023
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge