UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MCCONAUGHEY, <br><br> Plaintiff, <br><br> v. <br><br> PORT AUTHORITY OF NEW YORK AND NEW JERSEY, <br><br> Defendant. | 21-CV-6137 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

The trial previously scheduled to begin on March 3, 2025 is hereby rescheduled to July 14, 2025 at 9:00 a.m. Trial will take place in Courtroom 1506 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. All pretrial submissions, as set out in Rule 6 of the Court's Individual Rules and Practices in Civil Cases, are due by June 26, 2025. All responses are due no later than July 3, 2025. A final pretrial conference will be held on July 11, 2025 at 3:00 p.m., also in Courtroom 1506.

SO ORDERED.

Dated:   January 13, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge