UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MCCONAUGHEY,<br><br>                    Plaintiff,<br><br>           v.<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY,<br><br>                    Defendant. | 21-CV-6137 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The schedule for pretrial submissions set forth in the Court's January 13, 2025 order is hereby amended as follows:

- All pretrial submissions, as set out in Rule 6 of the Court's Individual Rules and Practices in Civil Cases, are due by June 20, 2025.

- All responses are due no later than June 27, 2025.

The Court will hold a final pretrial conference on July 11, 2025 at 3:00 p.m. as previously scheduled.

SO ORDERED.

Dated:      February 25, 2025
            New York, New York

                                                _____
                                                Ronnie Abrams
                                                United States District Judge