UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL MCCONAUGHEY,

                Plaintiff,

         v.

PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendant.

21-CV-6137 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The Court has received the parties' initial pre-trial submissions. No later than June 27, 2025, the parties shall:

1. Submit a complete set of proposed documentary exhibits to the Court electronically and in hard copy;

2. Submit their objections to each other's proposed exhibits.

The parties are reminded that the above submissions were due on June 20, 2025, a date that the Court set four months ago. *See* ECF No. 74. Accordingly, the parties shall respond to any exhibit objections no later than June 30, 2025. Objections not lodged by that date will be considered waived. No extension of these deadlines will be granted absent good cause.

SO ORDERED.

Dated:    June 23, 2025
             New York, New York

                                                                     Ronnie Abrams
                                                                     United States District Judge