UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL MCCONAUGHEY,

                Plaintiff,

          v.

PORT AUTHORITY OF NEW YORK AND NEW JERSEY,

                Defendant.

21-CV-6137 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    In a joint letter filed on June 17, 2025, the parties indicated that they were working to streamline issues expected to be raised at trial. No later than 5:00 p.m. on July 9, 2025, the parties shall file a joint letter updating the Court on those efforts.

SO ORDERED.

Dated:      July 7, 2025
              New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge