# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHAEL MCCONAUGHEY,

                      Plaintiff,                      21 **CIVIL** 6137 (RA)

      -against-                      **JUDGMENT**

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                      Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Ronnie Abrams, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
              July      22, 2025

                                                                TAMMI M. HELLWIG

                                                                    Clerk of Court

**So Ordered:**

                                                      BY:    K. Mango

_____                                    _____

   U.S.D.J.                                                                   Deputy Clerk